MICHAEL ROSENBERG, ET AL. v. KATHLEEN CUNNINGHAM, ET AL.

CHARLES DI PASQUALE v. PORT AUTHORITY OF NEW YORK AND NEW JERSEY.

April 26, 1988.

Petition for certification denied.

MICHAEL ROSENBERG, ET AL. v. KATHLEEN CUNNINGHAM, ET AL.

CHARLES DI PASQUALE v. PORT AUTHORITY OF NEW YORK AND NEW JERSEY.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JIMMIE LEE ALLEN, JR.

April 26, 1988.

Petition for certification denied.